UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| **MORGAN HOWARTH.** <br><br> **Plaintiff,** <br> vs. <br><br> **SHASTA FOREST PRODUCTS, INC., and MARINO GLEN RIZZARDO** <br><br> **Defendants** | CIVIL ACTION # 2:25-at-248 |

## PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiff, Morgan Howarth, by and through its undersigned attorneys, respectfully alleges as follows for its complaint against Defendants Shasta Forest Products, Inc., and Marino Glen Rizzardo.

## PARTIES

1. Plaintiff Morgan Howarth ("Plaintiff" or "Howarth") is an individual residing in Gainesville, Virginia.

2. Defendant Shasta Forest Products, Inc., ("Defendant" or "SFP") is a California for-profit corporation believed to be based in Yreka, California. According to the California Secretary of State, SFP may be served with process through its registered agent, Marino Glen Rizzardo, at 10804 Old Hwy 995, Grenada, California 96038, or wherever it may be found.

3. Defendant Marino Glen Rizzardo ("Defendant" or "Rizarddol") is an individual believed to be living in Grenada, California, and upon information and belief, may be served at his residence at 10804 Old Hwy 995, Grenada, California 96038, or wherever he may be found.

## NATURE OF THE CLAIMS

4. This is an action for copyright infringement, arising in connection with the unauthorized commercial exploitation of one of Plaintiff's photographs on Defendants' Instagram and Facebook pages.

## JURISDICTION AND VENUE

5. This action arises under 17 U.S.C. §§ 101 *et seq*. (the U.S. Copyright Act). The Court has subject matter jurisdiction over this action under 28 U.S.C. § 1331 (federal question) and § 1338(a) (copyrights).

6. This Court has personal jurisdiction over the Defendants, and venue in this District is proper under 18 U.S.C. § 1391(b) and 28 U.S.C. § 1400(a), in that a substantial part of the property that is the subject of the action is situated in this District, and because the Defendants may be found in this District.

## CONDITIONS PRECEDENT

7. All conditions precedent have been performed or have occurred.

## BACKGROUND FACTS

8. Plaintiff Morgan Howarth is a highly regarded architectural photographer based in Virginia. Howarth utilizes a painstaking process combining multiple exposures for a rich distinctive result and is highly sought after for his work. Mr. Howarth's expansive client base includes, CBS, Timex, Sears, Cole Haan, Home and Design Magazine, Hilton Worldwide, Modern Luxury Magazine, and Marriott International.

9. Shasta Forest Products, Inc. is a landscaping company based in Yreka, California, specializing in decorative landscape bark, soil amendments, and other landscaping materials.[1] SFP serves customers across California, Southern Oregon, and parts of Nevada.

10. Howarth is the sole author and creator of the photo at issue in this action (the "Photo"), a copy of which is set forth below.



11. The Photo was timely registered with the U.S. Copyright Office, which issued registration number VA 2-229-899, effective December 18, 2020. ("**Exhibit 1**").

12. Defendants prominently featured the Photo on their Instagram and Facebook pages, as shown on the following page, without any authorization or license to do so.

---

[1] https://www.shastabark.com/

MORGAN HOWARTH V. SHASTA FOREST PRODUCTIONS, INC.                                              3 OF 7
PLAINTIFF'S ORIGINAL COMPLAINT





13. On June 28, 2024, Howarth placed Defendants on notice of their unauthorized use of the Photo and followed-up several times in a good faith effort to resolve his claims for copyright infringement. Although Defendants eventually removed the Photo from their social media pages, they otherwise failed to substantively respond to Plaintiffs' communications, thereby compelling him to bring this suit.

## COUNT 1: COPYRIGHT INFRINGEMENT

14. Howarth realleges and incorporates herein the foregoing paragraphs.

15. By their actions alleged above, Defendants SFP and Rizzardo have infringed Howarth's copyrights in the Photo. Specifically, by copying, displaying, distributing, and otherwise exploiting the Photo on their Instagram and Facebook pages, Defendants have infringed Howarth's exclusive rights set forth in 17 U.S.C. § 106.

16. In addition, and/or in the alternative, upon information and belief, Defendant Rizzardo is jointly and severally liable for any direct copyright infringement committed by Defendant SFP because he participated in the acts of infringement and/or because he was the dominant influence in the company and determined the policies that resulted in the infringement. *Broad. Music, Inc. v. Tex. Border Mgmt.*, 11 F. Supp. 3d 689, 693 (N.D. Tex. 2014) (citing *Crabshaw Music v. K-Bob's of El Paso, Inc.*, 744 F. Supp. 763, 767 (W.D. Tex. 1990)).

17. Upon information and belief, Defendants' actions constituted willful infringement of Howarth's copyrights inasmuch as they knew, or had reason to know, that their use of Plaintiff's Work was unauthorized; and/or because they acted with reckless disregard of Plaintiff's copyrights. For example, Defendants' reckless failure to ensure that their use of the Photo was authorized and/or to implement any policies for the use of copyrighted works on social media suggests Defendants' willful infringement. *See, e.g., Unicolors, Inc. v. Urban Outfitters, Inc.*, 853 F.3d 980, 992 (9th Cir. 2017) (infringer's failure to conduct any inquiry into ownership supported finding of willfulness); *Hamil America, Inc. v. GFI*, 193 F.3d 92, 97 (2d Cir. 1999) ("The standard is simply whether the defendant … recklessly disregarded the possibility" of infringement).

18. As a result of the foregoing, Howarth is entitled to actual damages, plus Defendants' profits; and/or statutory damages of up to $150,000 per work infringed by Defendants, plus attorney's fees and costs of court.

## **COUNT 2: VICARIOUS INFRINGEMENT**

22. Howarth realleges and incorporates herein the foregoing paragraphs.

23. In addition to, and/or in the alternative to direct infringement, Defendant Rizzardo and Defendant SFP are jointly and severally liable for vicarious infringement because they had the right and ability to supervise the infringing activities of SFP's agents, contractors, and representatives (including the person or persons who placed the Photo on the social media pages), and the practical ability to stop the infringement (by prohibiting the use of the Photo and/or causing the removal of the Photo from the social media pages); and because they had a direct financial interest in the infringing activities of the company's agents, contractors, and representatives by virtue of the business generated through the unlicensed use of the Photo (which Defendants used to illustrate their services and induce visitors to use their services), and the saved costs of properly licensing the work. *See, e.g., Playboy Enters., Inc. v. Webbworld Inc.*, 991 F. Supp. 543, 553 (N.D. Tex 1997); *Oppenheimer v. Deiss*, No. A-19-CV-423-LY, 2019 U.S. Dist. LEXIS 208728, at *6 (W.D. Tex. Dec. 3, 2019).

24. Upon information and belief, Defendants' actions constituted willful infringement of Plaintiff's copyrights inasmuch as they knew, or had reason to know, that their use and display of the Photos required prior authorization and/or because they acted with reckless disregard of Plaintiff's copyrights; and/or because they exhibited willful blindness to the possibility that they were infringing Plaintiff's copyrights.

25. As a result of the foregoing, Plaintiff is entitled to actual damages, and any additional profits of Defendants; or statutory damages of up to $150,000 per work infringed, plus attorney's fees and costs of court. 17 U.S.C. §§ 504, 505.

## **PRAYER**

Plaintiff Howarth prays for:

A. An order that Defendants and all persons under their direction, control, permission or authority be enjoined and permanently restrained from exploiting the photographs at issue;

B. For each work infringed by Defendants, an award of actual damages and/or statutory damages under 17 U.S.C. § 504;

C. An award to Plaintiff of its reasonable costs and attorney's fees under 17 U.S.C. §§ 505;

D. Prejudgment and post-judgment interest on any damage award as permitted by law; and

E. Such other and further relief as the Court may deem just, proper and/or necessary under the circumstances.

Respectfully submitted,

**AMINI & CONANT, LLP**
1204 San Antonio Street, Second Floor
Austin, Texas 78701
t: (512) 222-6883
f: (512) 900-7967
service@aminiconant.com

By: /s/ R. Buck McKinney
R. Buck McKinney
Texas Bar No. 00784572
buck@aminiconant.com
*Counsel for Plaintiff*



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-229-899**

**Effective Date of Registration:**
December 18, 2020

**Registration Decision Date:**
January 04, 2021

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published: May 28, 2020 to December 16, 2020

**Title** _____

Title of Group: Howarth_Copyright_2020_JUNE_DEC_219
Number of Photographs in Group: 219

- Individual Photographs: 21056_Beaverdam_Aerial_Photoshop_version.jpg,21056_Beaverdam_Aerial_Photomatrix_version.jpg,DJI_0141_2_3_4_5_Test.jpg,DJI_0101_2_3_4_5_Test.jpg,DJI_0136_37_38_39_40_test.jpg,21056_Beaverdam_Exterior_2_L.jpg,21056_Beaverdam_Exterior_3_F.jpg,21056_Beaverdam_Exterior_4_F.jpg,
  Published: May 2020

- Individual Photographs: Glenbrook_Full_Backyard_F.jpg,Glenbrook_Fountain_Fire_Dining_F.jpg,Glenbrook_Fountain_F.jpg,Glenbrook_side_Yard_Pano_F.jpg,21056_Beaverdam_Aerial_F.jpg,
  Published: June 2020

- Individual Photographs: 3403_36th_Shower_Pano_F.jpg,3403_36th_Bathtub_Pano_F_R.jpg,440_Glyndon_Pool_House_F.jpg,440_Glyndon_Deck_F.jpg,440_Glyndon_Deck_TO_Pool_F.jpg,440_Glyndon_deck_stair_F.jpg,440_Glyndon_Pool_And_House_F.jpg,440_Glyndon_Pool_Bath_Stone_Shed_F.jpg,440_Glyndon_Pool_Bath_2_Pano_F.jpg,440_Glyndon_Pool_Bath_1_Pano_F.jpg,440_Glyndon_Pool_Kids_F.jpg,2506_Dewitt_Exterior_Kitchen_Window_F.jpg,2506_Dewitt_Exterior_rear_Deck_1_F.jpg,2506_Dewitt_Kitchen_China_Cab_F.jpg,2506_Dewitt_Full_Kitchen_F.jpg,2506_Dewitt_Kitchen_Galley_F.jpg,2506_Dewitt_Kitchen_Straight_F.jpg,2506_Dewitt_Kitchen_Window_F.jpg,1203_Windrock_Pool_to_House_F.jpg,1203_Windrock_Stairs to pool_F.jpg,19595_Aberlour_Aerial_3_1_HD_F_R.jpg,19595_Aberlour_Aerial_2_1_HD_F_R.jpg,19595_Aberlour_Aerial_1_1_HD_F_R.jpg,19595_Aberlour_Exterior_Rear_ALL_F_R.jpg,19595_Aberlour_Exterior_Rear_Fireplace_F_R.jpg,19595_Aberlour_Exterior_Rear_ALL_F.jpg,19595_Aberlour_Exterior_Side_Path_F.jpg,19595_Aberlour_Grill_Area_F.jpg,19595_Aberlour_Exterior_Rear_Stairs_2_F.jpg,19595_Aberlour_Exterior_Rear_Stairs_Pano_F.jpg,19595_Aberlour_Exterior_Rear_Fireplace_F.jpg,19595_Aberlour_Aerial_4_1_HD_F.jpg,19595_Aberlour_Aerial_3_1_HD_F.jpg,19595_Aberlour_Aerial_2_1_HD_F.jpg,19595_Aberlour_Aerial_1_1_HD_F.jpg,1025_Windswept_Entry_F.jpg,1025_Windswept_Kitchen_3_Pano_F.jpg,1025_Windswept_Kitchen_2_Pano_F.jpg,1025_Windswept_Kitchen_1_Pano_F.jpg,1025_Windswept_Gre

|  |  |
|---|---|
|  | en_Hall_Cabinets_F.jpg,1025_Windswept_Living_Room_2_F.jpg,1025_Windswept_Living_Room_1_F.jpg,1025_Front_Rear_Deck_F.jpg,1025_Windswept_Mudroom_Pano_F.jpg,1025_Front_Exterior_Breezeway_F.jpg,1025_Front_Exterior_F.jpg,1025_Windswept_Back_Exterior__F.jpg, |
| **Published:** | July 2020 |

- **Individual Photographs:** 3802_Benton_Exterior_Rear_Day_F.jpg,3802_Benton_Exterior_Front_Day_F.jpg,3802_Benton_Exterior_Rear_Twilight_F.jpg,3802_Benton_Exterior_Front_Twilight_F.jpg,3802_Benton_Sewing_Room_2_F.jpg,3802_Benton_Sewing_Room_1_F.jpg,3802_Benton_Master_Bath_2_Pano_F.jpg,3802_Benton_Master_Bath_Pano_1_F.jpg,3802_Benton_Master_Bedroom_2_F.jpg,3802_Benton_Master_Bedroom_1_F.jpg,3802_Benton_Stair_F.jpg,3321_Military_Kitchen_2_F.jpg,3321_Military_Kitchen_1_Stools_F.jpg,3321_Military_Kitchen_1_F.jpg,3321_Military_Exterior_Front_F.jpg,3321_Military_After_2_F.jpg,3321_Military_After_1_F.jpg,3122_Newark_Hall_Stair_F_R_BW.jpg,3122_Newark_Hall_Stair_F_R.jpg,3122_Newark_Exterior_twilight_Rear_House_F.jpg,3122_Newark_Pool_F.jpg,3122_Newark_Great_Room_Corner_Window_F.jpg,3122_Newark_Great_Room_Pano_F.jpg,3122_Newark_Kitchen_4_F.jpg,3122_Newark_Kitchen_3_F.jpg,3122_Newark_Kitchen_2_Pano_F.jpg,3122_Newark_Kitchen_1_F.jpg,3122_Newark_Hall_Stair_F.jpg,3122_Newark_Hall_Stuart_F.jpg,39987_Longview_Rock_Wall_Path_F.jpg,39987_Longview_Aerial_5_F_R.jpg,39987_Longview_Aerial_4_F_R.jpg,39987_Longview_Aerial_3_F_R.jpg,39987_Longview_Aerial_1_F_R.jpg,6409_garnett_Kitchen_2_F_2.jpg,20200805_210804.jpg,39987_Longview_Aerial_5_F.jpg,39987_Longview_Aerial_4_F.jpg,39987_Longview_Aerial_3_F.jpg,39987_Longview_Aerial_2_F.jpg,39987_Longview_Aerial_1_F.jpg,39987_Longview_Pool_House_F.jpg,39987_Longview_Pool_Loungers_F.jpg,39987_Longview_Path_To_Patio_F.jpg,39987_Longview_Grill_Bar_F.jpg,39987_Longview_Pavillion_Pool_Pano_F.jpg,39987_Longview_Fire_Pit_F.jpg,39987_Longview_Pavillion_Ceiling_F.jpg,6409_garnett_Kitchen_2_F_R.jpg,440_Glyndon_Pool_Kids_2_F.jpg,6409_garnett_Kitchen_2_F.jpg,6409_garnett_Kitchen_1_F.jpg,9124_Aldershot_Outdoor_Kitchen_Dining_F.jpg,9124_Aldershot_Screen_porch_3_Pano_Close_F.jpg,9124_Aldershot_Screen_porch_3_Pano_Half_F.jpg,9124_Aldershot_Screen_porch_3_Open_F.jpg,9124_Aldershot_Screen_porch_2_F.jpg,9124_Aldershot_Screen_porch_Pano_F.jpg,3403_36th_Bath_Vanity_Pano_Open_F.jpg
  **Published:** August 2020

- **Individual Photographs:** 3403_36th_Full_Bath_Pano_F.jpg,3403_36th_Shower_Pano_F.jpg,
  **Published:** August 2020

- **Individual Photographs:** Kramer_Portraits_8_11_20_AX7A1000_F.jpg,Kramer_Portraits_8_11_20_AX7A0973_F.jpg,Kramer_Portraits_8_11_20_AX7A0947_F.jpg,Kramer_Portraits_8_11_20_AX7A0934_F.jpg,Kramer_Portraits_8_11_20_AX7A0915_F.jpg,
  **Published:** September 2020

- **Individual Photographs:** 11404_Coyote_Rear_Yard_Pano_F_R.jpg,11404_Coyote_Rear_Patio_Above_F_R.jpg,6802_Delaware_Lounge_F_n_Art.jpg,6802_Delaware_Exterior_Rear_F_R_2.jpg,6802_Delaware_Exterior_Front_Pano_F_R_2.jpg,6802_Delaware_Living_Room_F_Windows.jpg,6802_Delaware_Exterior_Rear_F_R.jpg,6802_Delaware_Kitchen_4_F_R.jpg,11404_Coyote_Rear_Yard_Pano_F.jpg,11404_Coyote_Rear_Dining_Bar_F.jpg,11404_Coyote_Rear_Middle_Screen_Porch_Pano_F.jpg,11404_Coyote_Rear_Patio_Kitchen_F.jpg,6802_Delaware_Exterior_Rear_F.jpg,6802_Delaware_Master_Bath_F.jpg,6802_Delaware_Master_Closet_F.jpg,6802_Delaware_Living_Room_F.jpg,6802_Delaware_Kitchen_3_F.jpg,6802_Delaware_Kitchen_2_F.jpg,6802_Delaware_Kitchen_1_F.jpg,6802_Delaware_Stair_Up_F.jpg,6802_Delaware_Lounge_F.jpg,6802_Delaware_Stair_Hall_F.jpg,7075_Balmoral_F



- **Individual Photographs:** ireplace_Pano_F.jpg,7075_Balmoral_Pool_table_Pano_F.jpg,7075_Balmoral_Bar_Interior_Pano_F.jpg,7075_Balmoral_Bar_1_Pano_F.jpg,7075_Balmoral_Wine_Cellar_Interior_F.jpg,7075_Balmoral_Home_Theatre_3_F.jpg,7075_Balmoral_Home_Theatre_2_F.jpg,7075_Balmoral_Home_Theatre_1_L.jpg,7075_Balmoral_Wine_Cellar_Close_F.jpg,7075_Balmoral_Wine_Cellar_Open_F.jpg,7075_Balmoral_Bathroom_Pano_F.jpg,7075_Balmoral_Built_Cabinet_F.jpg,437_Cedar_Reception_RVF_2.jpg,437_Cedar_Reception_RVF_1.jpg,437_Cedar_Central_Room_F.jpg,437_Cedar_Reception_4_F.jpg,437_Cedar_Exam_Room_3_F.jpg,437_Cedar_Exam_Room_2_F.jpg,437_Cedar_Exray_1_F.jpg,437_Cedar_Exam_Room_1_F.jpg,437_Cedar_Reception_2_F.jpg,437_Cedar_Reception_1_F.jpg,
- **Published:** October 2020

- **Individual Photographs:** 7816_Aberdeen_Elevator_F.jpg,1608_Varnum_Exterior_rear_F_2.jpg,1608_Varnum_Exterior_rear_F.jpg,1608_Varnum_Guest_Dining_F.jpg,1608_Varnum_Kitchen_3_With_Nook_F.jpg,1608_Varnum_Guest_Bath_F.jpg,1608_Varnum_Kitchen_Coffee_Station_F.jpg,1608_Varnum_Kitchen_Full_2_Pano_F.jpg,1608_Varnum_Kitchen_Full_F.jpg,1608_Varnum_Kitchen_Booth_F.jpg,11404_Coyote_Rear_Yard_Pano_F_R_VF_2.jpg,11404_Coyote_Rear_Patio_Above_F_R_VF.jpg,
- **Published:** November 2020

- **Individual Photographs:** 7816_Aberdeen_Office_F_2.jpg,7816_Aberdeen_Front_Door_F_V.jpg,7816_Aberdeen_Basement_family_Room_F_V.jpg,7816_Aberdeen_Dining_F_V.jpg,7816_Aberdeen_Front_Door_F_R_V.jpg,7816_Aberdeen_family_Room_Pano_F_V.jpg,7816_Aberdeen_Kitchen_4_F_V.jpg,7816_Aberdeen_Living_Room_Pano_F_V.jpg,7816_Aberdeen_Master_Bedroom_F_V.jpg,7816_Aberdeen_Office_F_R_V.jpg,7816_Aberdeen_Bath_3_Pano_F_R.jpg,7816_Aberdeen_Front_Door_F_R.jpg,7816_Aberdeen_Office_F_R.jpg,7816_Aberdeen_Kitchen_4_F.jpg,7816_Aberdeen_Kitchen_3_F.jpg,7816_Aberdeen_Kitchen_2_F.jpg,7816_Aberdeen_Basement_Hallway_F.jpg,7816_Aberdeen_Bath_3_Pano_F.jpg,7816_Aberdeen_Basement_family_Room_F.jpg,7816_Aberdeen_family_Room_Pano_F.jpg,7816_Aberdeen_Living_Room_Pano_F.jpg,7816_Aberdeen_Master_Bath_Pano_F.jpg,7816_Aberdeen_Master_Shower_F.jpg,7816_Aberdeen_Master_Closet_F.jpg,7816_Aberdeen_Master_Bedroom_F.jpg,7816_Aberdeen_Laundry_F.jpg,7816_Aberdeen_Bedroom_3_F.jpg,7816_Aberdeen_Upstairs_Hall_F.jpg,7816_Aberdeen_Bath_2_F.jpg,7816_Aberdeen_Bedroom_2_F.jpg,7816_Aberdeen_Bedroom_1_F.jpg,7816_Aberdeen_Front_Door_F.jpg,7816_Aberdeen_Kitchen_1_F.jpg,7816_Aberdeen_Stair_Pano_F.jpg,7816_Aberdeen_Dining_F.jpg,7816_Aberdeen_Office_F.jpg,7816_Aberdeen_Bath_1_Pano_F.jpg,7816_Aberdeen_Elevator_F.jpg,
- **Published:** December 2020

## Completion/Publication

**Year of Completion:** 2020
**Earliest Publication Date in Group:** May 28, 2020
**Latest Publication Date in Group:** December 16, 2020
**Nation of First Publication:** United States

## Author

- **Author:** Morgan Howarth

|  |  |
|---|---|
| Author Created: | photographs |
| Work made for hire: | No |
| Citizen of: | United States |

## Copyright Claimant

|  |  |
|---|---|
| Copyright Claimant: | Morgan Howarth |
|  | 13520 ,Norwick Place, Gainesville, VA, 20155 |

## Rights and Permissions

|  |  |
|---|---|
| Name: | Morgan Howarth |
| Email: | morgan@morganhowarth.com |
| Telephone: | (240)377-1766 |
| Address: | 13520 ,Norwick Place |
|  | Gainesville, VA 20155 United States |

## Certification

|  |  |
|---|---|
| Name: | Morgan Howarth |
| Date: | December 18, 2020 |

---

|  |  |
|---|---|
| Copyright Office notes: | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
|  | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |

**Registration #:** VA0002229899
**Service Request #:** 1-9989975071



Morgan Howarth
13520 ,Norwick Place
Gainesville, VA 20155 United States